UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MELVIN ANTONIO XAVIER,<br><br>                 Petitioner,<br>    v.<br><br>STATE OF WASHINGTON,<br><br>                 Respondent. | CASE NO. 3:24-cv-05464-JHC-GJL<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* |

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner has submitted a Motion seeking leave to proceed with this action *In Forma Pauperis* ("IFP"). Petitioner demonstrates that he is unable to afford the $5.00 filing fee. The IFP Motion (Dkt. 3) is therefore **GRANTED**. The Clerk is directed to file Petitioner's Petition for Writ of Habeas Corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

Dated this 12th day of July, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 1